AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11CR00743 |
| KIM ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gilbert Kim, Elaine Kim, and Ho Yon Kim

Date:    11/30/2011

*Attorney's signature*

Lee Siegel, 2758654
*Printed name and bar number*

Law Offices of Siegel Wang & Associates, LLP
35 East Broadway, Suite 309
New York, NY 10002

*Address*

documentwke@gmail.com
*E-mail address*

(212) 233-2988
*Telephone number*

(212) 233-2966
*FAX number*